# IN THE SUPREME COURT OF THE STATE OF NEVADA

DESTINY DENISE CHALMERS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 75415

FILED

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because the notice of appeal appeared to have been untimely filed, this court entered an order directing appellant to show cause why the appeal should not be dismissed for lack of jurisdiction.

Appellant and respondent have both responded to our order. Appellant filed a previous timely appeal from the order denying the habeas petition in Docket No. 73106, *Chalmers v. State*. The court of appeals affirmed the district court's judgment on February 14, 2018. The district court docketed the supreme court clerk's certificate of judgment affirming the order denying the petition on March 19, 2018. Appellant contends this appeal is timely because she filed the notice of appeal within 30 days of the date the district court docketed the supreme court clerk's certificate of

18-18009

judgment. Having considered appellant's arguments, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____ Cherry, J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc:     Hon. Douglas Smith, District Judge
        Kenneth G. Frizzell, III
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk